

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2017

No. 04-17-00482-CV

**IN RE** Art **GUZMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On July 27, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 1, 2017.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2012-GC-0010, styled *In the Guardianship of Leeman G. Tischler*, pending in the County Court At Law No 1, Guadalupe County, Texas, the Honorable Linda Z. Jones presiding.